FILED

06/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0612

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0612

DANIEL JAMES MAROZZO,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

**ORDER**

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 28, 2020, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2020